# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2012

144401

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
 Plaintiff-Appellee,

v

ANDRE JABREE MARSHALL,
 Defendant-Appellant.

SC: 144401
COA: 301571
Berrien CC: 2009-005695-FC

_____/

On order of the Court, the application for leave to appeal the December 15, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2012

_____
Clerk

h0516